JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>     Plaintiff,<br><br>    v.<br><br>BEAUTY & WELLNESS CARE, LLC and KAYE CHRISTOPHER,<br><br>     Defendants. | Case No. 8:25-cv-01331-FWS-DFM<br><br>Assigned to the Hon. Fred W. Slaughter<br><br>**JUDGMENT** |

*///*

*///*

*///*

# JUDGMENT

On September 15, 2025, the court granted Plaintiff Ameris Bank, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment against Defendants Beauty & Wellness Care, LLC and Kaye Christopher (together, "Defendants").  Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

Judgment is entered in this matter in favor of Balboa and against Defendants, jointly and severally, in the total amount of **$159,415.28**, which represents the sum of $145,673.75 in compensatory damages, $6,625.06 in prejudgment interest, $6,513.47 in attorney fees, and $603 in costs.

The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED**.

Dated:  September 15, 2025

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE